**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
JAMES ESCANDON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES ESCANDON,<br><br>　　　　Defendant | Case No.: 1:23-CR-00222-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, James Escandon, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the status conference currently set for Wednesday April 3, 2024, at 1:00p.m., be continued to Wednesday June 5, 2024, at 1:00 p.m.

Counsel is requesting the continuance to further review all discovery and complete investigations. I have spoken with Assistant United States Attorney Arin Heinz, and she has no objection to continuing the status conference to June 5, 2024.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: 3/22/2024

Respectfully Submitted,

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
James Escandon

DATED: 3/22/2024

*/s/Arin Heinz*
Arin Heinz
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference be continued to Wednesday June 5, 2024, at 1:00 p.m.

Dated: 3/22/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE