PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>JAMES ESCANDON JR.,<br><br>                         Defendant. | CASE NO.  1:18-CR-185-JLT-SKO/1:23-CR-222-JLT-SKO<br><br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and James Escandon Jr., by and through defendant's counsel of record, Alexia L. Torres Stallings hereby stipulate as follows:

1.      By previous order, this matter was set for trial on December 3, 2024. Dkt. 21.

2.      By this stipulation, defendant now moves to continue the trial until August 11, 2025, and to exclude time between December 3, 2024, and August 11, 2025, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). The parties anticipate the trial will last approximately 4 days.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government provided discovery to defense counsel on November 13, 2023. Defense counsel has reviewed the discovery and is continuing to conduct her own investigation. Defense counsel sent a request for additional discovery on May 29, 2024, and on October 31, 2024. The government provided the discovery requested in May and is in the process of getting

the October requested discovery and providing it to the defense. The defense requires this discovery to assess whether to file a motion to suppress.

b)      The parties will continue to engage in discussions regarding a resolution of the case. The Government provided a plea offer to Mr. Escandon Jr. on July 26, 2024. The parties request additional time to discuss potential resolution of the case.

c)      Counsel for the defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

d)      Counsel for the defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2024 to August 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) , because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. IT IS SO STIPULATED.

///

///

///

DATED:   November 7, 2024             PHILLIP A. TALBERT
                                      United States Attorney

                                      By: /s/ Arin C. Heinz
                                      ARIN C. HEINZ
                                      Assistant U.S. Attorney


DATED:   November 7, 2024             By: /s/ Alexkia L. Torres Stallings
                                      ALEKXIA L. TORRES STALLINGS
                                      Attorney for Defendant
                                      JAMES ESCANDON JR.


IT IS SO ORDERED.

Dated:   **November 8, 2024**

UNITED STATES DISTRICT JUDGE